# EXHIBIT A

# State Court Record

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2025 OCT 31  PM 4: 25

TIANA P. GARNER, CLERK

**ANTHONY LA SHAWN JAMISON**
**Plaintiff**

Civil Action No.:
**25-A-10400-4**

v.

**JAMES D MCCLURE; M LAU; GWINNETT**
**COUNTY POLICE DEPARTMENT**
**Defendant**

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby required to file with the Clerk of said Court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

ANTHONY LA SHAWN JAMISON
SUITE 1910
1349 W PEACHTREE STREET
ATLANTA GA  30309

an answer to the complaint which is hereby served on you.  You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

This 31st day of October, 2025.

Tiana P. Garner
Clerk of Superior Court

By _____ Deputy Clerk

[Attach addendum sheet for additional parties, if needed.  You must make a notation on this sheet if used.]

SC – Rev'd 1/25

E-FILED IN OFFICE - RE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**25-A-10400-4**

**10/31/2025 1:47 PM**
TIANA P. GARNER, CLERK

# IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

25-A-10400-4

**Case** No.:_____

| | |
|---|---|
| **ANTHONY LA SHAWN JAMISON,** | ) |
| Plaintiff, | ) |
| **vs.** | ) |
| **GWINNETT COUNTY, GEORGIA ,** | ) |
| **POLICE DEPARTMENT, AND CHIEF OF,** | ) |
| **POLICE JAMES D. McCLURE, IN HIS,** | ) |
| **OFFICIAL AND INDIVIDUAL CAPACITIES,** | ) |
| **AS CHIEF OF POLICE, AND M. LAU,** | )   **JURY TRIAL DEMANDED** |
| **IN HIS OFFICIAL AND, INDIVIDUAL,** | ) |
| **CAPACITIES AS EMPLOYEE,** | ) |
| Defendants. | ) |
| _____ | ) |

**Plaintiff,** Anthony La Shawn Jamison, hereby files this Complaint against Defendants, Gwinnett County Georgia, Police Department and the Chief of Police James D. McClure, and M. Lau, and alleges as follows:

**PARTIES:**

1. Plaintiff Anthony La Shawn Jamison is, and at all relevant times mentioned herein was, a resident of Atlanta, Georgia.

2. Defendant Gwinnett County, Georgia, is a governmental entity organized and existing under the laws of the State of Georgia.

3. Defendant Police Department is an agency of Gwinnett County, Georgia, responsible for law enforcement within the county.

4. The Chief of Police, James D. McClure, is responsible for overseeing the operations of the Gwinnett County Police Department, ensuring that departmental policies and procedures are followed, and providing strategic leadership to maintain public safety within the community. His duties include supervising all police personnel, implementing training programs, managing resources, and ensuring compliance with local, state, and federal laws. Additionally, the Chief of Police develops and enforces departmental policies, oversees investigations, and serves as the main liaison between the police department and other governmental agencies. Officer M. Lau, as a POST-certified law enforcement officer assigned to the Special Operations section and DUI Task Force, is tasked with investigating criminal activity, enforcing state criminal laws, conducting traffic stops, and performing standardized field sobriety evaluations. Officer Lau is responsible for preparing accurate reports, collecting evidence, and ensuring that all procedures adhere to legal standards and departmental policies. His role requires professionalism, objectivity, and a commitment to upholding the rights of individuals during law enforcement encounters. Defendant James D. McClure is, and at all relevant times was, the Chief of Police of the Gwinnett County Police Department, and is sued in both his official and individual capacities as Chief of Police.[Sic] Officer M. Lau violated his oath of law by written up false reports with contradictive statements.

5. Defendant M. Lau is, and at all relevant times was, an employee of the Gwinnett County Police Department, and is sued in both his official and individual capacities.

**JURISDICTION AND VENUE:**

6.. Jurisdiction is proper in this Court because the acts and omissions complained of occurred within Gwinnett County, Georgia.

7. Venue is proper in this Court pursuant to applicable Georgia law because the defendants reside in this county and the cause of action arose here.

## FACTUAL ALLEGATIONS:

8. On or about August 7, 2021at 02:06:12 AM. Plaintiff was subject to an encounter with officers of the Gwinnett County Police Department, including but not limited to Defendants McClure, M. Lau. The Plaintiff presents his CASE-IN-CHIEF facts of the case Defendant Officer M. Lau filed an Affidavit & Application for a Search Warrant IN THE MAGISTRATE COURT OF QWINNETT COUNTY, GEORGIA Search Warrant Number: 21xoo970, Docket Number: EO21878. STATES the following; The undersigned M. Lau, being duly sworn, deposes and says: I am a duly sworn, POST certified law, enforcement officer in the state of Georgia charged with the duty to investigate criminal activity and enforce the criminal laws of this state. This is an application for a search warrant and my affidavit in support hereof.

Pursuant to O.C.G.A. 17-5-20, et., I am making this sworn affidavit setting forth that there exists probable cause to believe that: There is a probable cause to believe that the following crime(s) is being committed. Under Offense(s) Code Section(s) 40-6-391(a)(1) DUI-DRIVING UNDER THE INFLUENCE OF ALCOHOL on ANTHONY LA SHAWN JAMISON GA. OLN058622484 DOB 2/26/72 BLACK MALE 5'09 180 LB. The list of certain property, Items, articles, instruments, to be searched for and seized are located in GWINNETT County, Georgia and are specifically described as follows: [Blood which may contain intoxicants or controlled substance present while the subject was in actual physical control of a motor vehicle and driving on the roadways of this state, such that the subject was impaired due to said intoxicants or controlled substance which is in violation of Georgia Law. The foregoing described property, Items, articles, instruments and person(s) to be searched for and seized constitute evidence connected with the foregoing listed crime(s) and is/are: (check ALL that applicable) (O.C.G.A. 17-15-21): Check Box tangible, corporeal or visible evidence of the commission of the crime(s) set forth above. **OFFICER SWORN STATEMENT POST CERTIFIED WITH GWINNETT COUNTY POLICE DEPARTMENT.** Your Affiant is a Police officer SR. Assigned to the Special Operations section as an Officer on DUI Task force. Your Affiant has been a SWORN Officer in the State of Georgia for the past three years. All of which have been for Gwinnett County Police Department. These Actions and have given your Affiant experience in Identifying the actions and Indicators of Impaired Drivers**. I INITIATED A TRAFFIC STOP AND MADE CONTACT WITH DRIVER, ANTHONY JAMISON,** I Explain to the Driver the Reason for the Traffic stop, as the Driver spoke, I smelled  a strong odor of an alcohol beverage emitting from the Vehicle I ask the Driver where he was coming from the Driver explain that he was coming from Barnacles Sports Bar. I ask the Driver how much he had to drink to night. The Driver said that he drank a few **MODELO BEER'S** . The Driver stepped out of Vehicle upon my request the driver exit was slow, and unsteady, I noticed that he had Bloodshot, watery eyes. The Drivers speech was slow, thick, and slurred I smelled a strong odor of an Alcoholic Beverage emitting from his breath. I asked the Driver if I could check him to ensure that he was safe to drive the driver consented: HGN 6 OF 6: I BEGAIN THE **STANDARDIZE FIELD SOBRIETY EVALUATION WITH THE HORIZONTAL GAZE NYSTAGMUS** EVALUATION, I Medically cleared him for the evaluation , During the evaluation I, observed six of the possible six validated clues which indicate impairment. Lack of Smooth Pursuit, Distinct and sustained NYSTAGMUS at Maximum deviation, Onset of NYSTAGMUS prior to 45 Degrees.[Sic] Foot Note remember Officer stated in beginning of his statement I, Medically cleared him for the evaluation the rest of his statement is Contradictive; and should be dismissed as Ambiguous. WALK AND TURN 4 OF 8: I conducted the walk and Turn evaluation I demonstrated and explained the evaluation during the evaluation I observed four of the Possible eight validated clues which indicate

impairment: **CANNOT KEEP BALANCE WHILE LISTENING THE INSTRUCTIONS, STEPTS OFF THE LINE, USES ARMS TO BALANCE, INCORRECT NUMBER OF STEPS, INCORRECT NUMBER OF STEPS**(7/9), and Finally, **ONE LEG STAND** 3 OF 4: I conducted the one leg stand evaluation I demonstrated and explained the evaluation during the evaluation I observed three of the possible four validated clues which indicated impairment: SWAYS **WHILE BALANCING, USES ARMS TO BALANCE, AND FOOT DOWN**.

The Plaintiff was represented by **LUBIN CHOON AN. ESQUIRE LUBUN AN. LAW LLC** on **March** 24th 2025. About the Plaintiff DUI Case and was dismissed base upon the plaintiff Attorney presented, **A, CAM VIDEO THAT CLEARLY CONTRADICTED WHAT THE DEFENDANT STATED WHAT HE HAD WRITTEN UP IN HIS POLIC REPORT**. The Cam-Video clearly shows that plaintiff passed the Sobriety test.[Sic] DISMISS BASE UPON Contradictive Statements.

In support of Plaintiff's claims, it is alleged that Defendant M. Lau made several critical mistakes during the investigation and documentation of the incident. First, Officer Lau's affidavit and subsequent police report contain contradictions regarding the medical clearance for field sobriety evaluations and the observed indicators of impairment. The affidavit states that the Plaintiff was medically cleared, yet the narrative includes ambiguous and conflicting descriptions of the Plaintiff's physical and cognitive state. Additionally, Officer Lau's report failed to accurately reflect the objective evidence captured on body-worn and dash camera footage, which showed the Plaintiff successfully performing sobriety tests and behaving in a cooperative manner, contrary to the written account.

Such discrepancies and omissions undermine the credibility of the official report and support the Plaintiff's assertion that the investigation and arrest were not conducted in accordance with constitutional standards. The Supreme Court in Brady v. Maryland, 373 U.S. 83 (1963), established that suppression or misrepresentation of evidence favorable to the accused violates due process. Moreover, in Graham v. Connor, 490 U.S. 386 (1989), the Court emphasized that law enforcement actions must be objectively reasonable and supported by factual evidence. The mischaracterization of the Plaintiff's actions and the disregard of exculpatory video evidence constitute a violation of these principles, further bolstering the Plaintiff's claims under 42 U.S.C. § 1983 for unlawful search and seizure, denial of due process, and other related causes of action.

9. During this encounter, Plaintiff alleges that Defendants, acting under color of state law and in their official capacities, violated Plaintiff's constitutional and statutory rights by specific actions such as unlawful detention, false arrest, etc.

10. Plaintiff further alleges that the conduct of Defendants was willful, wanton, and in reckless disregard of Plaintiff's rights, causing Plaintiff to suffer physical, emotional, and financial harm.

11. At all relevant times, Defendants acted pursuant to the policies, customs, and practices of the Gwinnett County Police Department and Gwinnett County, Georgia.

12. Plaintiff asserts that there exists a material contradiction between Defendant M. Lau's written report of the incident report and the objective evidence captured on the officers' body-worn and dash camera video. Specifically, while Officer Lau's report described the plaintiff's actions as aggressive and non-compliant, the video evidence reviewed by the Court depicts the plaintiff as cooperative and compliant throughout the encounter. The Court, upon reviewing the footage, found that several key assertions in Officer Lau's narrative were not supported in his official write up, but the court's review of video cam shows something different, the video record, casting doubt on the credibility of the official account and supporting Plaintiff's claims of unlawful conduct by the officers involved.

## CAUSES OF ACTION:

13. Plaintiff asserts claims under 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments to the United States Constitution, including but not limited to unlawful search and seizure, excessive force, and denial of due process.

14. Plaintiff further asserts state law claims for assault, battery, false imprisonment, and intentional infliction of emotional distress.

15. Plaintiff further alleges that Defendant M. Lau knowingly submitted false and contradictory statements in his official report and affidavit, constituting perjury under O.C.G.A. § 16-10-70. As a sworn police officer, Officer Lau's willful misrepresentation of material facts in an official proceeding not only undermined the integrity of the investigation but also directly contributed to the damages suffered by Plaintiff.

16. Plaintiff asserts that Officer Lau's actions, including making knowingly false statements under penalty of perjury and in violation of his duty as a law enforcement officer, amount to official misconduct under O.C.G.A. § 45-11-1 and O.C.G.A. § 16-10-1. Such conduct constitutes an abuse of authority and a breach of public trust, further supporting Plaintiff's claims for damages under Georgia law.

17. As a direct and proximate result of these violations, Plaintiff has suffered and continues to suffer physical, emotional, and financial harm, including but not limited to loss of liberty, reputation, and income.

**RELIEF REQUESTED**:

Plaintiff seeks the following relief:

- Compensatory damages for all parties for suffering physical, emotional, and financial harm, including but not limited to loss of liberty, reputation, and income loss in the amount of $3,000,000.00 U.S. Dollars.
- Punitive damages against all parties for reckless and malicious conduct in the amount of $2,500,000 U.S. Dollars Declaratory judgment that Defendant's actions violated Plaintiff's constitutional and statutory rights, as alleged herein, and a finding that Plaintiff is entitled to relief under both federal and Georgia law.

**PRAYER FOR RELIEF**:

**WHEREFOR**E, Plaintiff respectfully prays that this Court enter judgment in favor of Plaintiff and against Defendants as follows:

- Awarding compensatory damages to Plaintiff in the amount specified above for all physical, emotional, and financial harm suffered;
- Awarding punitive damages as set forth above for Defendants' reckless and malicious conduct;
- Issuing a declaratory judgment that Defendants' actions violated Plaintiff's constitutional and statutory rights;
- Awarding reasonable Pro-Se fees and costs incurred in this action pursuant to 42 U.S.C. § 1988 and applicable state statutes;
- Awarding pre- and post-judgment interest on all monetary awards as permitted by law; and
- Granting such other and further relief as the Court deems just and proper.

**Respectfully submitted,**

**Anthony Lashawn Jamison Pro-Se**

October 27 2025.

Mailing Address: 1349 W. Peachtree Street

Suite 1910 Atlanta, Georgia 30309

Phone: 678-481-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, a true and correct copy of the foregoing document was served upon the following Defendants at the addresses listed below by United States mail, first-class mail: To the following below address:

Gwinnett County Department's

Headquarters, 770 Hi Hope Road

Lawrenceville, Georgia 30043

For Chief of Police: James D. McClure and officer M.Lau Same Department.

E-FILED IN OFFICE - RE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

25-A-10400-4

10/31/2025 1:47 PM

TIANA P. GARNER, CLERK

**General Civil and Domestic Relations Case Filing Information Form**

☒ Superior or ☐ State Court of ___Gwinnett___ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ <br> **MM-DD-YYYY** | Case Number _25-A-10400-4_ <br> Case Number _____ |

**Plaintiff(s)**

Jamison   Anthony   L.A Shawn
Last         First         Middle I.    Suffix    Prefix

_____
Last         First         Middle I.    Suffix    Prefix

_____
Last         First         Middle I.    Suffix    Prefix

_____
Last         First         Middle I.    Suffix    Prefix

**Defendant(s)**

McClure   James   D.
Last         First         Middle I.    Suffix    Prefix

Lou.   M.
Last         First         Middle I.    Suffix    Prefix

_____
Last         First         Middle I.    Suffix    Prefix

_____
Last         First         Middle I.    Suffix    Prefix

**Plaintiff's Attorney** _____   **Bar Number** _____   **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
**Case Number**              **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _NO_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_NO_____

Version 1.1.18

**General Civil and Domestic Relations Case Filing Information Form**

E-FILED IN OFFICE - RE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**25-A-10400-4**

10/31/2025 1:47 PM

TIANA P. GARNER, CLERK

☒ Superor or ☐ State Court of ___Gwinnett Superior Court___ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ <br> **MM-DD-YYYY** | Case Number ___25-A-10400-4___ |

**Plaintiff(s)**
ANTHONY JAMISON

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
JAMES D. McClure

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

M. Lau

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** _____ **State Bar Number** _____ **Self-Represented** ☒

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ _____
**Case Number** **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**25-A-10400-4**
**11/6/2025 9:57 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Anthony L.A. Shawn Jamison**
_____

_____

_____

                      PLAINTIFF

|  |  |
|---|---|
| | CIVIL ACTION NUMBER: **25-A-10400-4** _____ |

              VS.

**Chief of Police, James D. Mcclure**
_____

**and M. Lau**
_____

_____

                      DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

   You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Daniel Watlington
2675 Thornbury Way
Atlanta, GA 30349

**an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

**This** _____ **day of** 6th day of November, 2025 _____, **20**_____.

                                                    **Tiana P. Garner**
                                                    **Clerk of State Court**

                                          **By** _____
                                                    **Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**25-A-10400-4**

**11/21/2025 4:17 PM**
TIANA P. GARNER, CLERK

## IN THE  SUPERIOR COURT  GWINNETT COUNTY
## STATE OF GEORGIA

ANTHONY LASHAWN JAMISON

   **Plaintiff**

                                  **Case Number:** 25-A-10400-4

GWINNETT COUNTY POLICE DEPT. ET.AL.

Defendants

### AFFIDAVIT OF SPECIAL PROCESS SERVER

       COMES NOW   Cheryl Mims before the undersigned officer duly authorized to administer oaths and states that she is a citizen of the United States of America, she is over the age of eighteen years, she is not a convicted felon, she is not a party to the suit, she is not a relative to any party in this case, she is not the attorney for any party in this case, and  she is wholly disinterested in this case.

       Additionally, Cheryl Mims  is fully competent and willing to serve in  this case.

                     Respectfully submitted,

Subscribed and sworn to before me
this  __21__  day of  __November__, 2025

                                     Cheryl Mims

Notary Public for Georgia
My commission expires:  __09/18/2028__

KENDRA T FRAZIER
Walton County
My Commission Expires
September 18, 2028

STATE OF
NOTARY
PUBLIC
GEORGIA

Page **1** of 1

FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
25-A-10400-4
12/2/2025 12:31 PM
TIANA P. GARNER, CLERK

# IN THE SUPERIOR COURT GWINNETT COUNTY
## STATE OF GEORGIA

ANTHONY LASHAWN JAMISON

   **Plaintiff**

**Case Number:** 25-A-10400-4

GWINNETT COUNTY POLICE DEPT. ET.AL.

Defendants

### AFFIDAVIT OF SPECIAL PROCESS SERVER

COMES NOW   Cheryl Mims before the undersigned officer duly authorized to administer oaths and states that she is a citizen of the United States of America, she is over the age of eighteen years, she is not a convicted felon, she is not a party to the suit, she is not a relative to any party in this case, she is not the attorney for any party in this case, and  she is wholly disinterested in this case.

Additionally, Cheryl Mims  is fully competent and willing to serve in  this case.

Respectfully submitted,

Subscribed and sworn to before me
this _21_ day of _November_, 2025

Cheryl Mims

Notary Public for Georgia
My commission expires: ___09/18/2028___

KENDRA T FRAZIER
Walton County
My Commission Expires
September 18, 2028

Page **1** of **1**

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
### State of Georgia

2025 DEC -3 PM 2:28

TIANA P. GARNER, CLERK

ANTHONY LASHAWN JAMISON

Plaintiff

**Case Number: 25-A-10400-4**

GWINNETT POLICE DEPT. ET.AL.
 Defendants

### Order Appointing Special Process Server

`Upon Motion of the Plaintiff for appointment of Special Process Server, submission of

the Affidavit of Process Server, and it is appearing appropriate, just and equitable,

It is Considered, Ordered and Adjudged that  Cheryl Mims as process  server. is hereby

appointed special agent for the service of process in this case.

So Ordered this 3ʳᵈ day of December, 2025.

_____

TAMELA L. ADKINS, JUDGE
GWINNETT COUNTY SUPERIOR COURT

cc: Pro Se Plaintiff

Page 1 of 1

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**25-A-10400-4**
**12/3/2025 1:07 PM**
TIANA P. GARNER, CLERK

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## State of Georgia

**ANTHONY LASHAWN JAMISON**
    Petitioner

                                      **Case Number: 25-A-10400-4**

    vs.

**GWINNETT COUNTY POLICE ET.AL**
**Respondent**

### PLAINTIFF'S MOTION FOR APPOINTMENT
### OF SPECIAL PROCESS SERVER

        COMES NOW the above-referenced Plaintiff, pursuant to O.C.G.A. 9-11-4(c), to state that expedited service of process to Respondent is necessary and requests the appointment of the special process server, Cheryl Mims to serve process in this case. The Affidavit of Process Server is filed concurrently with this motion showing that the process server is a currently is **over the age of eighteen** years of age, is a **citizen of the United States of America**, and **has no interest in this case**, or relationship to any of the parties, and **is willing and able to serve process** in this matter.

        WHEREFORE, Plaintiff moves this Court for an Order appointing as process server for any and all filed documents to the summoned defendants in this case.

                             Respectfully submitted,

                             _____    11-21-25

                             Plaintiff               Date

CC:

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

25-A-10400-4

12/11/2025 4:13 PM

TIANA P. GARNER, CLERK

## AFFIDAVIT OF SERVICE

| Case: 25-A-1040400-4 | Court: IN THE SUPERIOR COURT OF GWINNETT COUNTY STATE OF GEORGIA | County: | Job: 14641280 |
|---|---|---|---|

| Plaintiff / Petitioner: ANTHONY LASHAWN JAMISON | Defendant / Respondent: GWINNETT COUNTY, GEORGIA , POLICE DEPARTMENT, AND CHIEF OF POLICE JAMES D. McCLURE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS CHIEF OF POLICE, AND M. LAU, IN HIS OFFICIAL AND, INDIVIDUAL CAPACITIES AS EMPLOYEE |
|---|---|

| Received by: Cheryl Mims | For: MLI PARALEGAL SERVICES LLC Daniel Watlington |
|---|---|

| To be served upon: |
|---|
| GWINNETT COUNTY POLICE DEPARTMENT, CHIEF OF POLICE AND M LAU |

I, Cheryl Mims, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Lisa Jones, Police Fepartment: 770 Hi-Hope Road, Lawrenceville, GA 30043

**Manner of Service:**  Substitute Service - Business, Dec 8, 2025, 1:45 pm EST

**Documents:**  Complaint, Relief Request,JUDG MOTION ORDER, (Received Dec 5, 2025 at 12:00am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Dec 5, 2025, 10:58 am EST at Police Department: 770 Hi-Hope Road, Lawrenceville, GA 30043
Officer Clark badge 1136, advised that the police department will need to be served at 75 Langley Dr to the PD liaison Robert Broccoli. Lisa Jones is the authorized person to accept on behalf of the Chief of Police but she is out of the office today. He advised me to contact the Liasion to see if he can accept all documents.

2) Successful Attempt: Dec 8, 2025, 1:45 pm EST at Police Department: 770 Hi-Hope Road, Lawrenceville, GA 30043 received by Lisa Jones. Age: 55; Ethnicity: White; Gender: Female; Weight: 140; Height: 5'3"; Hair: Brown; Eyes: Brown;
Sub served Lisa Jones for Chief of Police. She advised the Police officer and Police department will have to be served at 75 Langley thru the liaison.

_____  12/10/2025
Cheryl Mims                          Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

 12/10/2025.            09/18/2028
Date                    Commission Expires

KENDRA T FRAZIER
Walton County
My Commission Expires
September 18, 2028

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**25-A-10400-4**

**12/11/2025 4:20 PM**

TIANA P. GARNER, CLERK

### AFFIDAVIT OF NON-SERVICE

| Case:<br>25-A-1040400-4 | Court:<br>IN THE SUPERIOR COURT OF GWINNETT COUNTY STATE OF GEORGIA | County: | Job:<br>14757431 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ANTHONY LASHAWN JAMISON | | **Defendant / Respondent:**<br>GWINNETT COUNTY, GEORGIA , POLICE DEPARTMENT, AND CHIEF OF POLICE JAMES D. McCLURE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS CHIEF OF POLICE, AND M. LAU, IN HIS OFFICIAL AND, INDIVIDUAL CAPACITIES AS EMPLOYEE | | |
| **Received by:**<br>Cheryl Mims | | **For:**<br>MLI PARALEGAL SERVICES LLC Daniel Watlington | | |
| **To be served upon:**<br>GWINNETT COUNTY POLICE DEPARTMENT, | | | |

I, Cheryl Mims , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    GWINNETT COUNTY POLICE DEPARTMENT,, COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043

**Manner of Service:**    Unsuccessful Attempt

**Documents:**    Complaint, Relief Request,JUDG MOTION ORDER, (Received Dec 5, 2025 at 12:00am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Dec 8, 2025, 1:45 pm EST at COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043
1) Unsuccessful Attempt: Dec 5, 2025, 10:58 am EST at Police Department: 770 Hi-Hope Road, Lawrenceville, GA 30043
Officer Clark badge 1136, advised that the police department will need to be served at 75 Langley Dr to the PD liaison Robert Broccoli. Lisa Jones is the authorized person to accept on behalf of the Chief of Police but she is out of the office today. He advised me to contact the Liasion to see if he can accept all documents.

2) Successful Attempt: Dec 8, 2025, 1:45 pm EST at  Gwinnett Police Department: 770 Hi-Hope Road, Lawrenceville, GA 30043 spoke to Lisa Jones. She advised the Police officer and Police department will have to be served at 75 Langley thru the liaison.

_____    12/10/2025
Cheryl Mims                                      Date

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

 12/10/2025.              09/18/2038
Date                          Commission Expires

KENDRA T FRAZIER
Walton County
My Commission Expires
September 18, 2028

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

25-A-10400-4

12/11/2025 4:20 PM

TIANA P. GARNER, CLERK

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-A-<br>1040400-4 | Court:<br>IN THE SUPERIOR COURT OF GWINNETT COUNTY<br>STATE OF GEORGIA | County: | Job:<br>14757527 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ANTHONY LASHAWN JAMISON | | **Defendant / Respondent:**<br>GWINNETT COUNTY, GEORGIA , POLICE DEPARTMENT, AND CHIEF<br>OF POLICE JAMES D. McCLURE, IN HIS OFFICIAL AND INDIVIDUAL<br>CAPACITIES AS CHIEF OF POLICE, AND M. LAU, IN HIS OFFICIAL AND,<br>INDIVIDUAL CAPACITIES AS EMPLOYEE | | |
| **Received by:**<br>Cheryl Mims | | **For:**<br>MLI PARALEGAL SERVICES LLC Daniel Watlington | | |
| **To be served upon:**<br>OFFICER M LAU | | | |

I, Cheryl Mims , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | OFFICER M LAU, COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043 |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | Complaint, Relief Request,JUDG MOTION ORDER, (Received Nov 5, 2025 at 12:00am EST) |

**Additional Comments:**
1) Unsuccessful Attempt: Dec 8, 2025, 1:45 pm EST at COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043
1) Unsuccessful Attempt: Dec 5, 2025, 10:58 am EST at Police Department: 770 Hi-Hope Road, Lawrenceville, GA 30043
Officer Clark badge 1136, advised that the police department will need to be served at 75 Langley Dr to the PD liaison Robert Broccoli. Lisa
Jones is the authorized person to accept on behalf of the Chief of Police but she is out of the office today. He advised me to contact the
Liasion to see if he can accept all documents.
2) Successful Attempt: Dec 8, 2025, 1:45 pm EST at Police Department: Spoke toLisa Jones at 770 Hi-Hope Road, She advised the Police officer
and Police department will have to be served at 75 Langley thru the liaison.

_Cheryl Mims_ signature    12/10/2025

Cheryl Mims                 **Date**

Subscribed and sworn to before me by the affiant who is
personally known to me.

_Notary signature_

**Notary Public**

 12/10/2025.              09/18/2028
**Date**                 **Commission Expires**

KENDRA T FRAZIER
Walton County
My Commission Expires
September 18, 2028

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

25-A-10400-4

12/19/2025 1:03 PM
TIANA P. GARNER, CLERK

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-A-1040400-4 | Court:<br>IN THE SUPERIOR COURT OF GWINNETT COUNTY<br>STATE OF GEORGIA | County: | Job:<br>14757527 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ANTHONY LASHAWN JAMISON | | **Defendant / Respondent:**<br>GWINNETT COUNTY, GEORGIA , POLICE DEPARTMENT, AND CHIEF OF POLICE JAMES D. McCLURE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS CHIEF OF POLICE, AND M. LAU, IN HIS OFFICIAL AND, INDIVIDUAL CAPACITIES AS EMPLOYEE | |
| **Received by:**<br>Cheryl Mims | | **For:**<br>MLI PARALEGAL SERVICES LLC Daniel Watlington | |
| **To be served upon:**<br>OFFICER M LAU | | | |

I, Cheryl Mims, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | OFFICER M LAU, COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043 |
|---|---|
| Manner of Service: | Non-Service |
| Documents: | SUMMONS, Complaint, Relief Request,JUDG MOTION ORDER, (Received Nov 5, 2025 at 12:00am EST) |

**Additional Comments:**
1) Unsuccessful Attempt: Dec 5, 2025, 1:45 pm EST at COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043
1) Unsuccessful Attempt: Dec 8, 2025, 10:58 am EST at Police Department: 770 Hi-Hope Road, Lawrenceville, GA 30043
Officer Clark badge 1136, advised that the police department will need to be served at 75 Langley Dr to the PD liaison Robert Broccoli. Lisa Jones is the authorized person to accept on behalf of the Chief of Police but she is out of the office today. He advised me to contact the Liasion to see if he can accept all documents.
2) Successful Attempt: Dec 8, 2025, 1:45 pm EST at Police Department: Spoke to Lisa Jones at 770 Hi-Hope Road, She advised the Police officer and Police department will have to be served at 75 Langley thru the liaison.

2) Unsuccessful Attempt: Dec 11, 2025, 3:46 pm EST at COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043
1) Unsuccessful Attempt: Dec 11, 2025, 3:46 pm EST at COMPANY: 75 LANGLEY DRIVE, LAWRENCEVILLE, GA 30046
The server went to 75 Langley Dr to the Sheriff department And they advised that they do not accept complaints on behalf of officers or the Police Department . They advised the server to go to the 2nd floor to the Liaison office. Robert Broccoli was not in the office but there was a phone number provided for contact. The server contacted Mr. Broccoli and he advised he does not accept complaints for officers/Police department, the server will need to speak to Lisa Jones. He only accepts subpoena. The server enquired about the Office Lau and they do not accept accept on behalf of the officer.

The server contacted Lisa Jones and she advised she can only accept on behalf of the Chief of Police and no one else

3) Unsuccessful Attempt: Dec 16, 2025, 4:01 pm EST at COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043
The server spoke with Officer Wilson and he advised the DUI Task Force is not in this building. Also, he advised the server to go to 800 Hi Hope Rd and speak with a PSU investigator to see if they know how to serve the officer this complaint.

<br>

_Signature_ **12/18/2025**

| | |
|---|---|
| Cheryl Mims | Date |

Cheryl Mims

470. 554. 2521

_Subscribed and sworn to before me by the affiant who is personally known to me._

_Signature_

**Notary Public**

12/18/2025.        09/18/2028
**Date**              **Commission Expires**



KENDRA T FRAZIER
Walton County
My Commission Expires
September 18, 2028

e

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

25-A-10400-4

12/19/2025 1:03 PM

TIANA P. GARNER, CLERK

## AFFIDAVIT OF SERVICE

| Case:<br>25-A-<br>1040004 | Court:<br>IN THE SUPERIOR COURT OF GWINNETT COUNTY<br>STATE OF GEORGIA | County: | Job:<br>14757527 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ANTHONY LASHAWN JAMISON | | Defendant / Respondent:<br>GWINNETT COUNTY, GEORGIA , POLICE DEPARTMENT, AND CHIEF<br>OF POLICE JAMES D. McCLURE, IN HIS OFFICIAL AND INDIVIDUAL<br>CAPACITIES AS CHIEF OF POLICE, AND M. LAU, IN HIS OFFICIAL AND,<br>INDIVIDUAL CAPACITIES AS EMPLOYEE | | |
| Received by:<br>Cheryl Mims | | For:<br>MLI PARALEGAL SERVICES LLC Daniel Watlington | |
| To be served upon:<br>OFFICER M LAU | | | |

I, Cheryl Mims , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | OFFICER M LAU, COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043 |
| Manner of Service: | Government Agency, Dec 11, 2025, 3:46 pm EST |
| Documents: | SUMMONS, Complaint, Relief Request,JUDG MOTION ORDER, (Received Nov 5, 2025 at 12:00am EST) |

Additional Comments:
1) Unsuccessful Attempt: Dec 8, 2025, 1:45 pm EST at COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043
1) Unsuccessful Attempt: Dec 5, 2025, 10:58 am EST at Police Department: 770 Hi-Hope Road, Lawrenceville, GA 30043
Officer Clark badge 1136, advised that the police department will need to be served at 75 Langley Dr to the PD liaison Robert Broccoli. Lisa
Jones is the authorized person to accept on behalf of the Chief of Police but she is out of the office today. He advised me to contact the
Liasion to see if he can accept all documents.
2) Successful Attempt: Dec 8, 2025, 1:45 pm EST at Police Department: Spoke to Lisa Jones at 770 Hi-Hope Road, She advised the Police
officer and Police department will have to be served at 75 Langley thru the liaison.

2) Successful Attempt: Dec 11, 2025, 3:46 pm EST at COMPANY: 75 Langley Dr, LAWRENCEVILLE, GA 30043 received by OFFICER M LAU.
Served1) Unsuccessful Attempt: Dec 11, 2025, 3:46 pm EST at HOME: 75 LANGLEY DRIVE, LAWRENCEVILLE, GA 30046
The server went to 75 Langley Dr to the Sheriff department And they advised that they do not accept complaints on behalf of officers or the
Police Department . They advised the server to go to the 2nd floor to the Liaison office. Robert Broccoli was not in the office but there was a
phone number provided for contact. The server contacted Mr. Broccoli and he advised he does not accept complaints for officers/Police
department, the server will need to speak to Lisa Jones. He only accepts subpoena. The server enquired about the Office Lau and they do
not accept accept on behalf of the officer.

The server contacted Lisa Jones and she advised she can only accept on behalf of the Chief of Police and no one else

3) Unsuccessful Attempt: Dec 16, 2025, 4:01 pm EST at COMPANY: 770 HI-HOPE ROAD, LAWRENCEVILLE, GA 30043
The server spoke with Officer Wilson and he advised the DUI Task Force is not in this building. Also, he advised the server to go to 800 Hi
Hope Rd and speak with a PSU investigator to see if they know how to serve the officer this complaint.

_Cheryl Mims_  12/18/2025

Cheryl Mims                           Date

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____

Notary Public

 12/18/2025.            09/18/2028
Date                    Commission Expires



KENDRA T FRAZIER
Walton County
My Commission Expires
September 18, 2028

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

25-A-10400-4

12/19/2025 1:03 PM

TIANA P. GARNER, CLERK

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-A-<br>1040400-4 | Court:<br>IN THE SUPERIOR COURT OF GWINNETT COUNTY<br>STATE OF GEORGIA | County: | Job:<br>14757391 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ANTHONY LASHAWN JAMISON | | **Defendant / Respondent:**<br>GWINNETT COUNTY, GEORGIA , POLICE DEPARTMENT, AND CHIEF<br>OF POLICE JAMES D. McCLURE, IN HIS OFFICIAL AND INDIVIDUAL<br>CAPACITIES AS CHIEF OF POLICE, AND M. LAU, IN HIS OFFICIAL AND,<br>INDIVIDUAL CAPACITIES AS EMPLOYEE | | |
| **Received by:**<br>Cheryl Mims | | **For:**<br>MLI PARALEGAL SERVICES LLC Daniel Watlington | | |
| **To be served upon:**<br>GWINNETT COUNTY POLICE DEPARTMENT | | | |

I, Cheryl Mims, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | GWINNETT COUNTY POLICE DEPARTMENT, HOME: 75 LANGLEY DRIVE, LAWRENCEVILLE, GA 30046 |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | Complaint, Relief Request,JUDG MOTION ORDER, (Received Dec 5, 2025 at 12:00am EST) |

**Additional Comments:**
1) Unsuccessful Attempt: Dec 11, 2025, 3:46 pm EST at HOME: 75 LANGLEY DRIVE, LAWRENCEVILLE, GA 30046
The server went to 75 Langley Dr to the Sheriff department And they advised that they do not accept complaints on behalf of officers or the Police Department . They advised the server to go to the 2nd floor to the Liaison office. Robert Broccoli was not in the office but there was a phone number provided for contact. The server contacted Mr. Broccoli and he advised he does not accept complaints for officers/Police department, the server will need to speak to Lisa Jones. He only accepts subpoena. The server enquired about the Office Lau and they do not accept accept on behalf of the officer.
The server contacted Lisa Jones and she advised she can only accept on behalf of the Chief of Police and no one else.

Cheryl Mims 12/18/2025

_____
Cheryl Mims                    **Date**

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

12/18/2025          09/18/2028
_____
Date                Commission Expires

KENDRA T FRAZIER
Walton County
My Commission Expires
September 18, 2028

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

25-A-10400-4

12/19/2025 1:03 PM

TIANA P. GARNER, CLERK

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-A-1040400-4 | Court:<br>IN THE SUPERIOR COURT OF GWINNETT COUNTY STATE OF GEORGIA | County: | Job:<br>14757391 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ANTHONY LASHAWN JAMISON | | **Defendant / Respondent:**<br>GWINNETT COUNTY, GEORGIA , POLICE DEPARTMENT, AND CHIEF OF POLICE JAMES D. McCLURE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS CHIEF OF POLICE, AND M. LAU, IN HIS OFFICIAL AND, INDIVIDUAL CAPACITIES AS EMPLOYEE | | |
| **Received by:**<br>Cheryl Mims | | **For:**<br>MLI PARALEGAL SERVICES LLC Daniel Watlington | | |
| **To be served upon:**<br>GWINNETT COUNTY POLICE DEPARTMENT | | | |

I, Cheryl Mims, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    GWINNETT COUNTY POLICE DEPARTMENT, COMPANY: 75 LANGLEY DRIVE, LAWRENCEVILLE, GA 30046

**Manner of Service:**    Unsuccessful Attempt

**Documents:**    Complaint, Relief Request,JUDG MOTION ORDER, (Received Dec 5, 2025 at 12:00am EST)

**Additional Comments:**
1) Unsuccessful Attempt: Dec 11, 2025, 3:46 pm EST at COMPANY: 75 LANGLEY DRIVE, LAWRENCEVILLE, GA 30046
The server went to 75 Langley Dr to the Sheriff department And they advised that they do not accept complaints on behalf of officers or the Police Department . They advised the server to go to the 2nd floor to the Liaison office. Robert Broccoli was not in the office but there was a phone number provided for contact. The server contacted Mr. Broccoli and he advised he does not accept complaints for officers/Police department, the server will need to speak to Lisa Jones. He only accepts subpoena. The server enquired about the Office Lau and they do not accept accept on behalf of the officer.
The server contacted Lisa Jones and she advised she can only accept on behalf of the Chief of Police and no one else.

_Cheryl Mims_          **12/18/2025**

Cheryl Mims                      Date

_Subscribed and sworn to before me by the affiant who is personally known to me_

_____
Notary Public

 12/18/2025.               09/18/2028
Date                        Commission Expires

KENDRA T FRAZIER
Walton County
My Commission Expires
September 18, 2028