# EXHIBIT B

# Notice of Filing Notice of Removal

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANTHONY LASHAWN JAMISON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GWINNETT COUNTY POLICE )<br>DEPARTMENT; JAMES D. MCCLURE, )<br>in his official and individual capacities; and )<br>M. LAU, in his official and individual )<br>capacities, )<br>)<br>    Defendants. ) | CIVIL ACTION<br>FILE NO.: 25-A-10400-4 |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant James D. McClure, Chief of the Gwinnett County Police Department, has on this date filed his Notice of Removal with the office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto as Exhibit A (without exhibits).

This 7th day of January, 2026.

                                        */s/ Rachel R. Sinclair*
                                        BRIAN R. DEMPSEY
                                        Deputy County Attorney
                                        Georgia Bar No. 217596
                                        Brian.Dempsey@gwinnettcounty.com
                                        RACHEL R. SINCLAIR
                                        Senior Assistant County Attorney
                                        Georgia Bar No. 620586
                                        Rachel.Sinclair@gwinnettcounty.com

                                        Attorneys for Defendant James D. McClure

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6935
(770) 822-8700

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the Plaintiff with the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL by depositing a true and correct copy thereof in the United States Mail in a properly addressed envelope with adequate postage affixed thereon addressed as follows:

Anthony Lashawn Jamison<br>
1349 W. Peachtree Street<br>
Suite 1910<br>
Atlanta, Georgia 30309

This 7th day of January, 2026.

/s/ *Rachel R. Sinclair*
RACHEL R. SINCLAIR
Senior Assistant County Attorney
Georgia Bar No. 620586
Rachel.Sinclair@gwinnettcounty.com

Attorney for Defendant James D. McClure

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6935
(770) 822-8700